Alan Stuart Graf, OSB # 92317
peopleslawyer@qwest.net
Kimberly K. Tucker, OSB # 02106
kktpeopleslawyer@qwest.net
Alan Stuart Graf, P.C.
1020 SW Taylor St., Ste. 230
Portland Oregon 97205
Telephone: (503) 452-2375
Fax: (503) 464-9821
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADEEN JONES,

    Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

04-6004-KI

ORDER GRANTING
STIPULATED EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5312.81 will be awarded to Plaintiff's attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The court directs Defendant to issue a check to Plaintiff's attorneys for that amount. There are no expenses or costs.

DATED this 29 day of Aug, 2005.

/s/
United States District Judge

Presented by:

/s/ Kimberly K. Tucker
Alan Stuart Graf, P.C.
Attorney for Plaintiff